UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**F** I L E **D**

Apr 23 2020

**ARTHUR JOHNSTON, CLERK**

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| United States of America<br>v.<br><br>Rohith Mathew<br><br><br><hr>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.

    1:20-mj-00536-RHW

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 21, 2020 _____ in the county of _____ Hancock _____ in the _____ Southern _____ District of __ MS, Southern Division __ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute Controlled Substances. |
| 18 U.S.C. § 924(c)(1)(A) | Possession of a Firearm in Furtherance of a Drug Trafficking Crime. |

This criminal complaint is based on these facts:

See affidavit attached hereto and incorporated herein

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Fred Eagan,  Task Force Agent, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ APR. 23, 2020 _____

_____
*Judge's signature*

City and state: _____ Gulfport, MS _____

Robert H. Walker, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Fred Eagan, being first duly sworn, hereby depose and say that:

1. Affiant Fred Eagan is employed with the Hancock County Sheriff's Office assigned to the Narcotics Division. Agent Eagan has been a law enforcement officer for the past five years. Agent Eagan has been the lead investigator on several narcotic investigations which led to felony arrests and convictions. Agent Eagan has received extensive and specialized training in High risk search warrant and execution, Basic Narcotics Investigation, Advanced Narcotics Investigation and confidential informant handling.

2. On 4/21/2020 at approximately 1757 hours, Deputy Danny Gilkerson observed a 2015 Chevrolet Malibu bearing license plate Texas LJV2847 travelling westbound on I-10 at mile marker 16. Gilkerson paced the vehicle, which was travelling 78-80 MPH. Gilkerson activated his blue lights and the driver pulled over onto the right-side shoulder at Interstate 10-mile marker #13 westbound. Gilkerson made contact with the driver and advised he was stopped due to a speeding violation. The driver was subsequently identified per Texas driver's license as Mathew ROHITH. ROHITH advised Gilkerson he was returning to Texas after going to see his "girl" in Panama City. ROHITH was issued a citation for speeding (80) per citation # 083056, (written warning).

3. Upon asking ROHITH clarifying questions related to his travel, Gilkerson noticed ROHITH was very nervous and his lips were shivering/ shaking. Gilkerson asked ROHITH to exit the vehicle so Gilkerson could hear his response to the questions better. As ROHITH exited the vehicle, Gilkerson noticed ROHITH tucked something between the seats. A weapons pat down was conducted and Gilkerson explained that he witnessed ROHITH tuck something as he exited the vehicle. Gilkerson asked ROHITH if he had any weapons and ROHITH stated, "Yes I have a gun in the car." Gilkerson asked if he could retrieve the gun to clear the weapon and check the serial number, to which ROHITH agreed.

4. Gilkerson asked ROHITH about the track marks from injecting illegal narcotics on his arms. ROHITH stated he was a user but had quit. Gilkerson could tell they were fresh due to the marks on his arm being red and swollen. Gilkerson asked if he was clean and ROHITH stated, "Well I'm not that clean." Based on the aforementioned facts and circumstances, Gilkerson requested consent to search the vehicle. ROHITH declined signing the consent form, and as he did, he looked directly at the trunk of the car.

5. K9 Officer Marcus Jassby arrived on scene to conduct a free sniff of the exterior of the vehicle. K9 Faulk showed a positive indication on the vehicle and the presence of the odor of controlled substance. A search of the vehicle was conducted. During the search of the vehicle several suitcases were located in the trunk of the car. As the suitcases were opened Gilkerson located numerous Tupperware containers containing numerous controlled

substances.  Inside the cabin area of the vehicle in the back seat, a black bag was located with several small bundles of US currency along with additional controlled substances.

6.  The following drug exhibits were located in the vehicle:
    Exhibit 1: suspected Methamphetamine approximately 291 grams
    Exhibit 2: suspected Heroin approximately 56 grams
    Exhibit 3: suspected MDMA approximately 75 grams
    Exhibit 4: suspected Adderall approximately 56 grams
    Exhibit 5: suspected Xanax approximately 94 grams
    Exhibit 6: assorted unknown pills approximately 38 grams
    Exhibit 7: suspected marijuana approximately 134 grams
    Exhibit 8: unknown liquid substance approximately 501 grams
    Exhibit 9: suspected Edegra Sildenafil Citrate 100mg approximately 403 grams
    Exhibit 10: suspected steroids (Testocyp 200mg) approximately 207 grams
    Exhibit 11: unknown pills approximately 43 grams
    Exhibit 12: unknown assortment of pills approximately 53 grams
    Exhibit 13: unknown pills in container
    Exhibit 14: suspected Buprenorphine and Naloxone sublingual film approximately 10 packages

7.  Three loaded weapons were located within the vehicle:
    1.  AR15 short barrel 556 Anderson Manufacturing serial number 15034498
    2.  Ruger GP100 .357 revolver serial number 176-29553
    3.  Smith and Wesson SD9VE 9mm serial number FYK3244

8.  None of the drug exhibits were sample tested for positive test results for particular substances due to the drugs containing possible fentanyl.  Opening and testing these substances, which could possibly contain fentanyl, would create a risk to exposure and danger to agents handling the substances.  Through my training and experience with narcotic investigations the above exhibits were able to be identified as listed.

Fred Eagan, Task Force Agent
Drug Enforcement Administration

Sworn and subscribed before me the ___23RD___ day of April, 2020.

United States Magistrate Judge