

PRAECIPE FOR SUMMONS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:20CR60-LG-RHW

ROHITH MATHEW
(Wherever Found)

The Clerk of said Court will issue summons returnable on **May 20, 2020,** at **9:30 a.m.**, before Robert H. Walker, United States Magistrate Judge, at 2012 15th Street, Gulfport, Mississippi, an Indictment against the above-named defendant having been filed in the above-entitled cause on May 12, 2020.

This 12th day of May, 2020.

D. MICHAEL HURST, JR.
United States Attorney

By: _____
ANNETTE WILLIAMS
Assistant U.S. Attorney
MS Bar # 9641

Summons issued: _____

AW/DEA