


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**F I L E D**

May 19 2020

Arthur Johnston, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

VERSUS                              CASE NO.   1:20-cr-00060-LG-RHW

ROHITH MATHEW

### WAIVER OF APPEARANCE AT ARRAIGNMENT
### AND ENTRY OF NOT GUILTY PLEA

I hereby acknowledge that I am the defendant named above, and I have received a copy of the Indictment. I understand I have the right to appear personally at my arraignment pursuant to Rule 43 of the Federal Rules of Criminal Procedure, and that I have the right to have the Indictment read to me in open court pursuant to Rule 10 of the Federal Rules of Criminal Procedure.

I have discussed the charges in the Indictment and the waiver of appearance at arraignment with my attorney, and I fully understand the nature of the offenses charged and my right to appear at arraignment. Understanding my rights, I do hereby freely and voluntarily waive my right to be present at my arraignment on the Indictment and my right to have it read to me in open court.

As evidenced by my signature below, I do hereby waive formal arraignment and enter a plea of NOT GUILTY to the Indictment.

Signed this the 19th day of May, 2020.

_____            _____
**Rohith Mathew**                                                  James L. Davis, III
**Defendant**                                                         Attorney for the Defendant

Accepted by the Court this the 19th day of May, 2020.

_____
UNITED STATES MAGISTRATE JUDGE