**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                    **CASE NO. 1:20-cr-60-LG-RHW**

**ROHITH MATHEW**                                           **DEFENDANT**

**MOTION TO ALLOW COUNSEL
TO PARTICPATE IN PRETRIAL CONFERENCE
TELEPHONICALLY OR VIA VIDEOCONFERENCING**

**COMES NOW** James L. (Jim) Davis, III, counsel of record for Defendant, ROHITH MATHEW, and moves this Honorable Court to allow undersigned counsel to participate in Defendant's pretrial conference scheduled for June 23, 2020 telephonically or via videoconferencing, and states unto the Court the following, to-wit:

1.      Discovery has just recently been delivered to Defense Counsel, but lab reports have not been, and there are other matters pending.

2.      Defense Counsel will be in New Mexico June 17, 2020 through June 28, 2020 and begs the Court to allow him to participate in pretrial conference telephonically or via videoconferencing.

3.      Defense Counsel has spoken with AUSA, who has no objection to Defense Counsel participating in pretrial conference telephonically or via videoconferencing.

**WHEREFORE, PREMISES CONSIDERED** the counsel for Defendant requests to be allowed to participate in Defendant's pretrial conference scheduled for June 23, 2020 telephonically or via videoconferencing.

RESPECTFULLY SUBMITTED this, the 8th day of June, 2020

ROHITH MATHEW, Defendant

BY:     _/s/   **_Jim Davis_**_____
                JIM DAVIS

**<u>CERTIFICATE OF SERVICE</u>**

I, JIM DAVIS, counsel of record for Defendant, ROHITH MATHEW, do hereby certify that I have this date filed a true and correct copy of the foregoing *Motion to Allow Counsel to Participate in Pretrial Conference Telephonically or Via Videoconferencing* with the Clerk of the Court using the ECF filing system that automatically notifies, and provides a copy of same to, all interested parties.

SO CERTIFIED this, the 8th day of June, 2020.

_/s/   **_Jim Davis_**_____
                JIM DAVIS

JAMES L. (JIM) DAVIS, III, MSB No. 5830
1904 24th Avenue
P.O. Box 1839
Gulfport, MS   39502
Phone: 228-864-1588
Fax: 228-863-5008