**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**UNITED STATES OF AMERICA**

v.                                                                    **CASE NO. 1:20-cr-60-LG-RHW**

**ROHITH MATHEW**                                                        **DEFENDANT**

## MOTION TO CONTINUE TRIAL

COMES NOW Defendant, ROHITH MATHEW, by and through his undersigned counsel of record, Jim Davis, and moves this Honorable Court to continue the Trial currently scheduled for July 6, 2020, and all deadlines and hearings related thereto, and in support of said motion would show unto the Court as follows, to-wit:

1.  There are matters the parties are working on together that the parties need to get resolved and discovery is ongoing.

2.  Counsel would show that this continuance is requested not to hinder or delay justice, but to ensure that the ends of justice are properly served.

3.  Counsel for the Defendant has spoken to the United States Attorney's Office and the Defendant personally and they have no objection to the continuance.

4.  Defendant waives any speedy trial rights, constitutional or statutory.

WHEREFORE, PREMISES CONSIDERED, Defendant, ROHITH MATHEW, respectfully requests that this Honorable Court continue the Trial currently scheduled for July 6, 2020, and all deadlines and hearings related thereto.

RESPECTFULLY SUBMITTED this, the 9th day of June, 2020.

ROHITH MATHE, Defendant

BY:   /s/ Jim Davis
        JIM DAVIS

**CERTIFICATE OF SERVICE**

I, JIM DAVIS, counsel of record for Defendant, ROHITH MATHEW, do hereby certify that I have this date filed a true and correct copy of the foregoing *Motion to Continue Tria* with the Clerk of the Court using the ECF filing system that automatically notifies, and provides a copy of same to, all interested parties.

SO CERTIFIED this, the 9th day of June, 2020.

                                             */s/   Jim Davis*
                                                JIM DAVIS

JIM DAVIS, MSB No. 5830
1904 24th Avenue
P.O. Box 1839
Gulfport, MS  39502
Phone: 228-864-1588
Fax: 228-863-5008